# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| APRIL FAVORS | § |
| | § Civil Action No. 4:22-CV-245 |
| v. | § (Judge Mazzant/Judge Nowak) |
| | § |
| HOPKINS COUNTY JAIL COURTHOUSE, | § |
| ET AL. | § |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 21, 2022, the report of the Magistrate Judge (Dkt. #10) was entered containing proposed findings of fact and recommendations that *pro se* Plaintiff April Favor's complaint against Defendants Hopkins County Jail Courthouse and Hopkins County Sheriff Department be dismissed without prejudice under Federal Rules of Civil Procedure 41(b). After issuance of the Report and Recommendation, Plaintiff filed objections (Dkt. #13). The Court permitted Plaintiff one final opportunity to clarify her status and file the appropriate *in forma pauperis* forms or pay a filing fee no later than December 16, 2022 (Dkt. #14). To date, Plaintiff has failed to comply with the Court's orders and mail directed to Plaintiff has again been returned as undeliverable.

Having received the report of the United States Magistrate Judge, and considered Plaintiff's objections (Dkt. #13), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that *pro se* Plaintiff April Favor's complaint against Defendants Hopkins County Jail Courthouse and Hopkins County Sheriff Department is **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 20th day of January, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE